### HARDY *v.* MAYOR AND COUNCIL OF EATONTON.

BECK, J.  1. Where, upon the trial of one charged with the violation of a municipal ordinance, the court, on conviction of the accused, rendered judgment that the defendant pay "a fine of twenty-five dollars, or, in default thereof, that he be imprisoned in the calaboose thirty days," such judgment imposed an alternative sentence.  *Leonard* v. *Eatonton,* 126 *Ga.* 63.

2. An attack upon the validity of the ordinance should have been made in the trial court. The question of its validity could not be raised for the first time in a petition for certiorari from that court to the superior court.  *Duren* v. *Thomasville,* 125 *Ga.* 1.

3. The finding and judgment of the municipal court was authorized by the evidence, and the judgment of the superior court refusing the certiorari is

> *Affirmed. Fish, C. J., absent. The other Justices concur.*

Submitted December 19, 1906.—Decided April 10, 1907.

Certiorari. Before Judge Lewis. Putnam superior court. December 18, 1906.

*W. T. Davidson,* for plaintiff in error.